Gregory F. Johnsen
gjohnsen@johnsen-law.com
Law Offices of Gregory F. Johnsen
15335 Morrison Street
Suite 100
Sherman Oaks, CA 91403
Telephone: 818-907-8577
Facsimile: 818-995-3022

Attorneys for Plaintiff Berkshire Hathaway Homestate Insurance Company, Administered by Berkshire Hathaway Homestate Companies

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY, administered by BERKSHIRE HATHAWAY HOMESTATE COMPANIES,<br><br>Plaintiff,<br><br>v.<br><br>CROWN LIFT TRUCKS, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 5:24-cv-00932-JGB-SHK<br><br>**ORDER ON STIPULATION TO REMAND TO STATE COURT**<br><br>Date Removed: May 2, 2024 |

**BEFORE THE COURT** is the Parties' Stipulation to remand.

## ORDER

**IT IS HEREBY ORDERED:**

This matter is remanded to the Superior Court of the State of California for the County of San Bernardino.

DATED: June 14, 2024

_____
HON. JESUS G. BERNAL
United States District Judge

-1-
ORDER ON STIPULATION TO REMAND TO STATE COURT